FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 17 PM 3: 27

CLERK [signature] Moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY LEE BUTLER, )
 )
 Plaintiff, )
 )
v. ) CASE NOS. CV410-139
 ) CR408-315
UNITED STATES OF AMERICA, )
 )
 Defendant. )
 )

# O R D E R

Before the Court is Plaintiff Anthony Lee Butler's "Motion to Object Order", which was filed on July 23, 2010. (Doc. 6.) The motion appears to be objections to the Magistrate Judge's June 16, 2010 report and recommendation, objections to which were due by June 30, 2010. (Doc. 2.) However, the Court will construe Plaintiff's motion as a request for reconsideration and review the report and recommendation in light of his objections. After a careful de novo review of the record and Plaintiff's objections, the Court sees no reason to disturb its prior order adopting the report and recommendation of the Magistrate Judge. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 17th day of September 2010.

[signature]

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA